Erik T. Atkisson (SBN 205847)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Mailing Address:
P.O. Box 2084
Oakland, CA 94604-2084
Telephone:   510.763.2000
Facsimile:   510.273.8832
Email:   Eatkisson@ReedSmith.com

Patrick E. Bradley (PBN 2616)
REED SMITH LLP
Princeton Forrestal Village
136 Main St., Suite 250
Princeton, NJ 08543
Telephone:   609.987.0050
Facsimile:   609.951.0824
Email:   PBradley@ReedSmith.com
(*pro hac vice*)

Attorneys for Cirrus Design Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE JAN McGRATH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CIRRUS DESIGN CORPORATION, et al., <br><br> Defendants. | No.: C05-01542 CW <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DEADLINES AND TRIAL DATE AS MODIFIED** <br><br> Honorable Claudia Wilken |

Plaintiffs Sue Jan McGrath, Charles W. McGrath, III, Tanya Sue McGrath and Janny Sue McGrath, defendant Cirrus Design Corporation, defendant Aerospace Systems and Technologies, Inc. and defendant Ballistic Recovery Systems, Inc., by and through their undersigned counsel, hereby stipulate to continue various deadlines set in the Court's Order dated September 1, 2005. The parties submit that good cause exists for such a continuance based on the following facts:

1. On April 14, 2005, plaintiffs filed *Sue Jan McGrath, et al. v. Cirrus Design Corporation, et al.*, Case Number C05-01542 CW, seeking damages for product defect and wrongful

1  death.  This action is based on the crash of an aircraft piloted by Charles William McGrath near
2  Norden, California on February 6, 2005.

4  　　　　2.　　On November 18, 2005, plaintiffs presented a claim for wrongful death to the Federal
5  Aviation Administration based on the same February 6, 2005 accident.

7  　　　　3.　　On June 16, 2006, plaintiffs filed suit against the United States of America seeking
8  damages for wrongful death, again, based on the February 6, 2005 accident.  That case, *Sue Jan*
9  *McGrath, et al. v. The United States of America*, C06-03800 MHP, was assigned to Judge Marilyn
10 Hall Patel.  In their complaint, plaintiffs referenced the action currently pending before this Court
11 and concurrently filed a Notice of Related Cases, also referencing this action.

13 　　　　4.　　*Sue Jan McGrath, et al. v. The United States of America*, C06-03800 MHP, is not yet
14 at issue.  The United States was served with the summons and Complaint on June 28, 2006.  Its last
15 day to answer is August 18, 2006.

17 　　　　5.　　The parties have also filed with this Court a Stipulated Administrative Motion to
18 Relate Cases requesting this Court enter an Order finding the above referenced cases concerning the
19 February 6, 2005 accident related.  The parties base their Stipulated Administrative Motion to Relate
20 Cases on the grounds that:  (1) the cases concern substantially the same parties, events, and
21 requested relief, and (2) allowing the actions to proceed before different judges would result in
22 duplication of labor and expense as well as the possibility of conflicting results.  Northern District
23 L.R. 3-12(a).

25 　　　　6.　　As of the date of filing of this Stipulation, the National Transportation Safety Board
26 has not issued its final incident report resulting from its investigation of the accident that is the
27 subject matter of this suit.  The parties anticipate that the incident report will prompt the service of
28 another round of discovery relating to the NTSB's findings.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

7. Although the parties have conducted significant written discovery and exchanged documents, they have been hesitant to commence the taking of depositions. The parties anticipate that most, if not all, of the depositions which are taken would need to be repeated once the United States appears in the action. The parties wish to avoid the expense and the inconvenience to both party and non-party witnesses that would result from taking multiple depositions of the same witnesses.

8. Because the United States has not yet answered, the parties to this action have not been able to explore alternative dispute resolution. The parties intend to take part in a private mediation once the United States appears as a party.

The specific dates to which the parties stipulate are set forth below:

| | |
|---|---|
| Completion of fact discovery: (previously 9/1/06) | 2/28/07 |
| Disclosure of identities and reports of expert witnesses: | |
|     Plaintiffs: (previously 9/15/06) | 3/14/07 |
|     Defendant: (previously 10/29/06) | 4/27/07 |
| Completion of expert discovery: (previously 12/15/06) | 6/13/07 |
| All case dispositive motions to be heard at 1:00 pm on or before: (previously 2/2/07) | 8/3/07 |
| Final pretrial conference at 1:30 pm on: (previously 4/27/07) | 10/24/07 |
| A 12 day jury trial will begin at 8:30 am on: (previously 5/7/07) | 11/5/07 |

DATED: July __, 2006.

        STERNS & WALKER

        By_____
           Eric Martin Steinle
           Attorneys for Plaintiffs

DATED: July __, 2006.

        REED SMITH LLP

        By_____
           Erik T. Atkisson
           Attorneys for Cirrus Design Corp.

DATED: July __, 2006.

        SULLIVAN, JOHNSON & MANFREDI LLP

        By_____
           Daniel M. Sullivan
           Attorneys for Aerospace Systems and Technologies, Inc.

DATED: July __, 2006.

        HANSON BRIDGETT MARCUS VLAHOS & RUDY LLP

        By_____
           Merton A. Howard
           Attorneys for Ballistic Recovery Systems, Inc.

**ORDER CONTINUING CASE MANAGEMENT DEADLINES AND TRIAL DATE**

The case management deadlines and date of trial are changed pursuant to the stipulation of counsel, **EXCEPT DISPOSITIVE MOTIONS AND FURTHER CASE MANAGEMENT CONFERENCE WILL BE HEARD AT 10:00 A.M. ON AUGUST 3, 2007.  THE PRETRIAL CONFERENCE WILL BE HELD ON OCTOBER 26, 2007, AT 1:30 P.M.**

IT IS SO ORDERED.

DATED: 8/10/06                                    /s/  CLAUDIA WILKEN

Honorable Claudia Wilken
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware