Gerald C. Sterns (02776)
Eric M. Steinle (201117)
STERNS & WALKER
901 Clay St.
Oakland, CA 94607
Tel   510.267.0500
Fax   510.267.0506

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE JAN McGRATH, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CIRRUS DESIGN CORPORATION, et al.,<br><br>        Defendants.<br><br>AND CONSOLIDATED CASE | Case No.: C 05-1542 CW<br>        Consolidated with:<br>C 06-3800 CW<br><br>AMENDED STIPULATION AND<br>[PROPOSED] ORDER MODIFYING<br>CASE MANAGEMENT SCHEDULE |

IT IS HEREBY STIPULATED AND AGREED among the parties to these consolidated actions, by and through undersigned counsel, as follows:

1.      At the time the previous scheduling order was submitted by the parties and approved by this Court, the United States was not yet a party, although it was expected to be joined.

2. Since then, the United States became a party and agreed to abide by the existing scheduling order.

3. This is an expert-intensive case, since it involves allegations of product liability as to the earlier-filed action (C 05-1542) and of negligence by government employees as to the later-filed case (C 06-3800).

4. The circumstances of the airplane crash from which this action arises have been investigated by the National Transportation Safety Board, which has recently released its final investigative report and made available the public portion of its investigative docket.  We are currently attempting to obtain that docket.

5. The NTSB docket is a valuable tool for litigants, since it may help to further refine the claims and defenses asserted; it also may make certain investigative work unnecessary, if the NTSB consents to the deposition of the investigator in charge.

6. The parties had hoped the docket would become available sooner than it did.

7. Discovery has revealed the existence of previously-unidentified third party witnesses.  Further, the official investigation was a complex, multi-agency effort and will likely require several depositions to establish the record, which is crucial to a reconstruction of the facts and circumstances of the crash.  Finally, certain portions of the investigation file—specifically, certain photographs—cannot be released without an order of this court and entry of a suitable protective

order, a fact the parties just learned. All of these will make fact discovery longer and more complex than the parties anticipated.

8. Because of the number of counsel—who are in California, Minnesota, New Jersey and the District of Columbia—as well as the number of busy expert consultants involved, despite the most conscientious efforts of all counsel, it has proved impossible to schedule the inspection within the time the parties had originally proposed to the court. Moreover, the parties' consultants will need the record of the investigation to aid them in their reconstruction of the facts and circumstances of the accident.

9. The parties will therefore need more time than they had planned on to complete fact discovery, with all other dates to be continued accordingly. This will allow any necessary follow-up depositions of party witnesses and also ensure that the inspection, which is critical, can include all counsel and all consultants.

10. The parties, after having determined that these dates are available on the court's calendar, therefore ask that the existing case management schedule be modified as follows:

| | | |
|---|---|---|
| a. | Fact discovery closes | May 31, 2007 |
| b. | Plaintiffs disclose experts | June 15, 2007 |
| c. | Defendants disclose experts | July 27, 2007 |
| d. | Expert discovery closes | September 14, 2007 |
| e. | Last day to mediate case | September 28, 2007 |
| f. | Last day to hear dispositive motions | December 7, 2007 |
| g. | Pretrial conference (1:30 p.m.) | March 14, 2008 |

1         h. Trial                                                                        March 24, 2008

2        12.    In all other respects, the case management order will remain

3 unchanged, except as this Court may order.

4         IT IS SO STIPULATED AND AGREED.

6 Date:     February 14, 2007                 By_____/s/_____

7                                                               Gerald C. Sterns
                                                              Eric M. Steinle
8                                                           STERNS & WALKER

9                                                           Attorneys for Plaintiffs

11 Date:     February 14, 2007                 By_____/s/_____
                                                              Patrick E. Bradley
12                                                              Erik T. Atkisson
13                                                           REED SMITH, LLP

14                                                          Attorneys for Cirrus Design Corp.

15 Date:     February 14, 2007                 By_____/s/_____
16                                                               Mark W. Lee
                                                              David F. Herr
17                                                           MASLON, EDELMAN, BORMAN &
18                                                           BRAND, LLP

19 Date:     February 14, 2007                 By_____/s/_____
20                                                               Merton A. Howard
                                                             Eric W. Junginger
21                                                           HANSON, BRIDGETT, MARCUS,
22                                                           VLAHOS & RUDY, LLP

23                                                          Attorneys for Ballistic Recovery Systems, Inc.

24 / / /

| | | | |
|---|---|---|---|
| 1 | Date: | February 14, 2007 | By_____/s/_____ |
| 2 | | | Daniel M. Sullivan |
| | | | SULLIVAN JOHNSON, LLP |
| 3 | | | |
| 4 | | | Attorneys for Aerospace Systems & Technologies, Inc. |

Date:   February 14, 2007                By_____/s/_____
                                         Debra D. Fowler
                                         U.S. DEPARTMENT OF JUSTICE

                                         Attorneys for United States of America


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:   February 20, 2007                _____
                                         UNITED STATES DISTRICT JUDGE