Patrick E. Bradley (SBN 83227)
Erik T. Atkisson (SBN 205847)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Cirrus Design Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE JAN McGRATH, et al., | No.: C05-01542 CW |
| Plaintiffs, | **ORDER RE STIPULATION TO PERMIT COPYING OF PHOTOGRAPH OF DECEASED PERSON MADE AS PART OF CORONER'S INVESTIGATION** |
| vs. | |
| CIRRUS DESIGN CORPORATION, et al., | Honorable Claudia Wilken |
| Defendants. | |

**ORDER**

The Stipulation for an Order to permit the making of a reproduction of the file or files containing photographs of the remains of Charles William McGrath, Jr., a deceased person, which photographs were made during an investigation on behalf of the coroner for the County of Placer, State of California, having been considered by this Court, and good cause appearing,

IT IS ORDERED that the Placer County Sheriff's Office Custodian of Records may produce to the parties copies of photographs of the body of Charles William McGrath made during the investigation of the accident in Placer County by representatives of the Sheriff and Coroner of Placer County, State of California.

IT IS SO ORDERED.

DATED: 4/12/07

Honorable Claudia Wilken
United States District Judge